SCOBELL, Appellant, v. WILDER REALTY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by Alexander S. Scobell against the Wilder Realty Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents.

SCRANTON & LEHIGH COAL CO., Respondent, v. FISS, DOERR & CARROLL HORSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by the Scranton & Lehigh Coal Company against the Fiss, Doerr & Carroll Horse Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

SCULLY, Appellant, v. SCULLY, Respondent. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by Sarah Scully, as administratrix, etc., against Margaret P. Scully. No opinion. Order affirmed, with $10 costs and disbursements.

SEAGER, Appellant, v. SOLVAY PROCESS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Rose C. Seager, as administratrix, etc., against the Solvay Process Company. No opinion. Motion for reargument denied, with $10 costs. For former opinion, see 114 N. Y. Supp. 591.

In re SGIVONY. (Supreme Court, Appellate Division, First Department. March 12, 1909.) In the matter of Johanna Sgivony. No opinion. Motion denied, on condition that appellant have appeal ready for argument at the May term. Order filed.

SHATTUCK, Respondent, v. GUARDIAN TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Edwin P. Shattuck, as receiver, against the Guardian Trust Company. H. M. Bellinger, Jr., for appellant. G. Glenn, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 125 App. Div. 431, 109 N. Y. Supp. 862.

CLARKE and HOUGHTON, JJ., dissent.

SHAW, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Charles M. Shaw against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment affirmed, with costs. See, also, 126 App. Div. 210, 110 N. Y. Supp. 362.

In re SHLIVEK. (Supreme Court, Appellate Division, First Department. February 26, 1909.) In the matter of Abram Shlivek. No opinion. Reference ordered. Settle order on notice.

In re SIEGEL–COOPER CO. (Supreme Court, Appellate Division, First Department. February 5, 1909.) In the matter of the Siegel-Cooper Company. No opinion. Order affirmed, with costs and disbursements. Order filed.

SILVER SPRINGS MFG. CO. v. KEMPER–THOMAS CO. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by the Silver Springs Manufacturing Company against the Kemper-Thomas Company. No opinion. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.

SILVERT, Respondent, v. KOMMEL, Appellant. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Isidore Silvert against Louis Kommel. I. Cohn, for appellant. J. Manheim, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SIPPELL v. SALMOWITZ. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Richard Sippell against Max Salmowitz. No opinion. Motion granted, with $10 costs. Order filed. See, also, 58 Misc. Rep. 48, 110 N. Y. Supp. 17.

SISSON v. BASSETT et al. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Charles Sisson against Carroll D. Bassett and others. No opinion. Motion denied.

SMITH et al., Appellants, v. BARTLETT, Respondent. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by William T. Smith and others against John J. Bartlett. No opinion. Judgment affirmed, with costs.

SMITH, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Michael L. Smith against the Long Island Railroad Company. No opinion. Motion denied, without costs.

SMITH, Respondent, v. O'OUAFRIO, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) Action by Benjamin H. Smith against Germarino D. O'Ouafrio. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.